UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                    **CASE NO: 2:10-cr-107-FtM-29DNF**

**LEROY THOMAS**

_____

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion for Permission to Leave His Residence (Doc. #70) filed on August 1, 2012.  Defense Counsel moves the Court for permission to leave his residence to apply for services previously provided to the Defendant by the Veteran's Administration and the Social Security Administration.  As grounds, Counsel indicates that during Defendant's incarceration, the services have lapsed.  As a result, the Defendant must physically go to the offices to re-register.  Mr. Thomas indicates his mother will accompany him to both offices.  Further, follow up medical appointments at the Veteran's Administration are expected.  The Government and Pretrial Services do not oppose this modification to the Defendant's condition of release. Therefore, the Court will grant the relief requested.

Accordingly, it is now

**ORDERED:**

Defendant's Unopposed Motion for Permission to Leave His Residence (Doc. #70) is **GRANTED** to the extent that the Defendant is permitted to leave his residence upon clearance with the Pretrial Services officer for the purpose of re-registered for benefits at the Veteran's Administration and Social Security Administration.   The Defendant must notify the Pretrial

Officer of his itinerary prior to leaving the residence. Further, if any doctors appointments are forthcoming, the Pretrial Officer must authorize them in advance.

**DONE AND ORDERED** at Fort Myers, Florida, this 21st day of August, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  Counsel of Record