UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                CASE NO: 2:10-cr-107-FtM-29DNF

LEROY THOMAS
_____

### **ORDER**

This matter comes before the Court on Unopposed Motion to Modify Conditions of Release (Doc. #70) filed on November 9, 2012. On November 20, 2012, the Court convened a hearing regarding the issues raised in the motion, as well as to address any other pretrial concerns. Jeffrey Michelland, Assistant United States Attorney, appeared on behalf of the Defendant. Russell Rosenthal, Assistant Federal Public Defender, appeared for the Defendant. Defendant was present. Tad Parks, Pretrial Services Officer, was also present.

The Defense argued the Defendant has been trying to receive disability benefits but was denied upon application. The Defendant is appealing that ruling but in the interim, must seek employment that he is capable of performing. As such, Defendant must request a modification of conditions to allow him permission to leave his home to seek employment.

The Government does not take a firm position on the matter but does indicate for the record the Government's continuing objection to the Defendant's release on bond and the Court's possible loosening of the conditions of release. The Government further cited the interlocutory appeal that is awaiting resolution in the Supreme Court.

The Court, having considered the issues raised in the motion and the objections of the Government, finds good cause to allow the Defendant's conditions of release to be modified to allow him to seek employment during the hours of 10:00 AM through 2:00 PM, Monday through

Friday accompanied by a family member approved by Pretrial Services. The Court further reminds the Defendant that strict compliance with the terms outlined by the Court is necessary and not up for negotiation. The Defendant shall continue to notify Pretrial Services and the Government of any modification requests to be reviewed by the Court.

Accordingly, it is now

**ORDERED:**

Then Unopposed Motion to Modify Conditions of Release (Doc. #70) is **GRANTED**. The Defendant's bond is modified to allow him to seek regular employment between the hours of 10:00 AM through 2:00 PM. During such time, the Defendant shall be accompanied by a family member approved by Pretrial Services. The names of family members not previously approved by Pretrial Services shall be given to Tad Parks, Pretrial Services Officer, in order to accomplish the appropriate background check.

The Defendant shall provide Pretrial services with documentation as to the applications for jobs that he has submitted during the times when he is away from his residence.

**DONE AND ORDERED** at Fort Myers, Florida, this 20th day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record